07/23/2007 14:51 FAX 4152736535 BRAGG&DZIES

**RECEIVED**
JUL 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOHN A. RUSSO, City Attorney - State Bar #130764
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6392        Fax: (510) 238-6500
   arosen@oaklandcityattorney.org
5  25194/398418

6  Attorneys for Defendants
   CITY OF OAKLAND, et al.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH P. CUVIELLO, and              | Case No. C-06-05517-MHP
   | DENIZ BOLBOL, individually.          |
12 |                                       | **NOTICE OF SUBSTITUTION OF ATTORNEY**
   |                Plaintiffs,            |
13 |                                       |
   |     vs.                              |
14 |                                       |
   | CITY OF OAKLAND, a public entity,    |
15 | ALAMEDA COUNTY, a public entity,     |
   | OAKLAND-ALAMEDA COUNTY               |
16 | COLISEUM AUTHORITY, a public entity, | **BY FAX**
   | OAKLAND COLISEUM JOINT VENTURE,      |
17 | L.L.C., a foreign corporation, SMG, a foreign |
   | corporation, OAKLAND POLICE OFFICER  |
18 | R. VALLADON (7194P), OAKLAND POLICE  |
   | OFFICER R. VILLEGAS, OAKLAND         |
19 | COLISEUM ASSISTANT SECURITY          |
   | MANAGER "SKEET" ELLIS, and DOES      |
20 | 1-100, in their individual and official |
   | capacities, Jointly and Severally,   |
21 |                                       |
   |                Defendants.            |
22

23 THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendants CITY OF

24 OAKLAND, R. VALLADON and R. VILLEGAS, whose attorney of record is the City

25 Attorney of Oakland, hereby substitute Bragg & Dziesinski, whose address is

26 Embarcadero Center West, 275 Battery Street, Suite 1100, San Francisco, California

07/23/2007 14 51 FAX   4152736535            BRAGG&DZIESINSKI                            ☒003/004

1  94111; (415) 273-6500 as their attorney of record in the above-captioned action from this
2  date forward.
3
4  I consent to this substitution.
5
6  DATED: April___, 2007
                                                    _____
                                                    R. VALLADON
7  I consent to this substitution.
8
9  DATED: April 2/, 2007
                                                    _____
                                                    R. VILLEGAS
10
11 I consent to this substitution.                  OFFICE OF THE CITY ATTORNEY
12                                                  OF OAKLAND
13 DATED. May 2, 2007                          By: _____
                                                    ARLENE M. ROSEN
14                                                  Senior Deputy City Attorney
15
16
17 I consent to this substitution.                  BRAGG & DZIESINSKI
18        July 23
   DATED: May ___, 2007                         By: _____
19        EDA
20
21
22
                                                    IT IS SO ORDERED
23
24                                                  _____
25                                                  UNITED STATES DISTRICT JUDGE
                                                         7/27/07
26                                                  _____
                                                    DATE

NOTICE OF SUBSTITUTION                    2                            C-06-05517-MHP
OF ATTORNEY

10351555 tif - 7/23/2007 2 47 38 PM

07/23/2007 14:5? FAX 4152736535   BRAGG&DZIESINSKI   ☑004/004
04/04/2007 13:15   5108340462   OPOA   PAGE 03/03

1  94111; (415) 273-6500 as their attorney of record in the above-captioned action from this
2  date forward.
3
4  I consent to this substitution.
5
6  DATED: April 4, 2007
                                            R. VALLADON
7  I consent to this substitution.
8
9  DATED: April___, 2007
10                                          R. VILLEGAS
11  I consent to this substitution.         OFFICE OF THE CITY ATTORNEY
12                                          OF OAKLAND
13  DATED: April___,2007                    By:_____
14
15
16
17  I consent to this substitution.         BRAGG & DZIESINSKI
18
19  DATED: April___, 2007                   By:_____
20
21
22
23
24
25
26

NOTICE OF SUBSTITUTION                2                          C-06-5517-MHP
OF ATTORNEY

10351555 tif - 7/23/2007 2:47:38 PM