UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: January 15, 2008

Case No.   C 06-5517  MHP              Judge: MARILYN H. PATEL

Title: JOSEPH CUVIELLO et al -v- CITY OF OAKLAND et al

Attorneys:  Plf: Joseph Cuviello, Denise Bolbol
            Dft: Edward Baldwin

Deputy Clerk:  Anthony Bowser    Court Reporter: Sahar McVicker

PROCEEDINGS

1)  Evidentiary Hearing

2)  

3)  

ORDERED AFTER HEARING:

09:20   Court in session; Preliminary instructions given; Plaintiffs affirm and admit declarations previously submitted;  Plaintiff Bolbol sworn for direct exam by plaintiff Cuviello; **Exhs 1 (decl of Bolbol), 2 (decl of Cuviello) introduced and admitted;**

09:55   Cross exam of plaintiff Bolbol by attorney Baldwin;

10:10   Re direct exam of plaintiff Bolbol by plaintiff Cuviello;

10:15   Morning Recess;

10:37   Court resumes; Plaintiff Cuviello sworn for direct exam by plaintiff Bolbol;

11:01   Cross exam of witness Cuviello by attorney Baldwin;

11:18   Re direct exam of witness Cuviello by plaintiff Bolbol; Witness excused;

11:21   Plaintiff calls Leroy Ellis for direct exam by plaintiff Cuviello;

11:40   Cross exam of witness Ellis by attorney Baldwin;
        **Exh A (decl of Ellis) introduced and admitted;**

12:00   Re direct of witness Ellis by plaintiff Cuviello; Re cross by attorney Baldwin;

12:11 Lunch Recess;

01:21 Court resumes; Plaintiff calls Patrick Gonzales for direct exam by plaintiff Bolbol;
**Exhs 3 (DVD, previously exh A to plaintiffs' memorandum), 4 (DVD, evidentiary hearing) introduced and admitted;**

02:09 Cross exam of witness Gonzales by attorney Baldwin;

02:19 Re cross of witness Gonzales by plaintiff Cuviello; Witness excused; Plaintiff rests;

02:30 Defendant calls Elwin Golfin for direct exam by attorney Baldwin;
**Exh B (decl of Golfin) introduced and admitted;**

02:51 Cross exam of witness Golfin by plaintiff Cuviello;

03:00 Afternoon recess; Counsel to submit closing briefs (not to exceed 15 pages) within 3 weeks (2/5/08);