EDWARD D. BALDWIN, Bar No. 160723
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendants SMG, Officer Robert Valladon, Officer Rudy Villegas, City of Oakland, County of Alameda, Leroy Ellis, Oakland-Alameda County Coliseum Authority, and Oakland Coliseum Joint Venture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, AND DENIZ BOLBOL, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, A PUBLIC ENTITY, ALAMEDA COUNTY, A PUBLIC ENTITY, OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY, A PUBLIC ENTITY, OAKLAND COLISEUM JOINT VENTURE, L.L.C., A FOREIGN CORPORATION, SMG, A FOREIGN CORPORATION, OAKLAND POLICE OFFICER R. VALLADON (7194 P), OAKLAND POLICE OFFICER R. VILLEGAS, OAKLAND COLISEUM ASSISTANT SECURITY MANAGER "SKEET" ELLIS, AND DOES 1-100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, JOINTLY AND SEVERALLY,<br><br>Defendants. | CASE NO. 06-CV-05517 MHP<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE DATE** |

The parties hereby respectfully stipulate and request that the September 22, 2008 Case Management Conference be continued to October 6, 2008.

DATED: September ___, 2008

By: _____
Joseph P. Cuviello, Plaintiff
In Pro Per

1

STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE DATE

DATED: September 17, 2008

By: /s/ Deniz Bolbol
Deniz Bolbol, Plaintiff
In Pro Per

DATED: September 15, 2008

BRAGG & KULUVA

By: /s/
EDWARD D. BALDWIN

## ORDER

The September 22, 2008 case management conference is hereby continued to October 6, 2008 at 3:00 p.m. in Dept. 15.

Dated: 9/19, 2008

Hon. Marilyn Hall Patel

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA