EDWARD D. BALDWIN, Bar No. 160723
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendants SMG, Officer Robert Valladon, Officer Rudy Villegas, City of Oakland, County of Alameda, Leroy Ellis, Oakland-Alameda County Coliseum Authority, and Oakland Coliseum Joint Venture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, AND DENIZ BOLBOL, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, A PUBLIC ENTITY, ALAMEDA COUNTY, A PUBLIC ENTITY, OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY, A PUBLIC ENTITY, OAKLAND COLISEUM JOINT VENTURE, L.L.C., A FOREIGN CORPORATION, SMG, A FOREIGN CORPORATION, OAKLAND POLICE OFFICER R. VALLADON (7194 P), OAKLAND POLICE OFFICER R. VILLEGAS, OAKLAND COLISEUM ASSISTANT SECURITY MANAGER "SKEET" ELLIS, AND DOES 1-100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, JOINTLY AND SEVERALLY,<br><br>Defendants. | CASE NO. 06-CV-05517 MHP<br><br>[PROPOSED] ORDER FOR A TWO WEEK CONTINUANCE OF THE DECEMBER 1, 2008 HEARING |

Plaintiffs Motion for Order to Show Cause Why Defendants City of Oakland and SMG should not be held in contempt and sanctioned is hereby continued from December 1, 2008 to

///

///

1

1  December 15, 2008 at 2:00 p.m. in Courtroom 15 before the Hon. Marilyn H. Patel.

2  Dated: __11/14_____, 2008          _____
3                                           Hon. Marilyn Hall Patel



[PROPOSED] ORDER TO FOR A TWO WEEK CONTINUANCE OF THE DECEMBER 1, 2008 HEARING