JOSEPH P. CUVIELLO
DENIZ BOLBOL
P. O. Box 2834
Redwood City, CA 94064
Telephone: (650) 654-9955
Facsimile: (206) 309-7265
pcuvie@gmail.com
deniz_b@yahoo.com

Plaintiffs In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| JOSEPH CUVIELLO, an individual, <br> DENIZ BOLBOL, an individual <br><br> Plaintiffs, <br><br> v. <br><br> RINGLING BROS. AND BARNUM AND BAILEY CIRCUS; THE CITY OF SAN JOSE, AND HP PAVILION MANAGEMENT, <br><br> Defendants. | Civil Case No.: C06-05517- MHP <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED THE PAGE LIMIT ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

**TO THE HONORABLE JUDGE MARILYN H. PATEL, THE CLERK OF THE U.S. DISTRICT COURT AND ALL PARTIES:**

On December 1, 2008, Plaintiffs submitted a Motion To Exceed the Page Limit on their Motion for Partial Summary Judgment. Good cause appearing, Plaintiffs' request to exceed the page limit is GRANTED.

IT IS THEREFORE ORDERED THAT:

Plaintiffs' motion for partial summary judgment, filed on December 1, 2008,

1 | which exceeds the page limit by 20 pages, is accepted by the Court.

3 | IT IS SO ORDERED.

5 | Dated: 12/4/08

The Honorable Marilyn H. Patel

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED THE PAGE LIMIT ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civil Case No.: C06-05517- MHP

2