1  RICHARD M. WILLIAMS (SBN 68032)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  50 West San Fernando Street, Suite 1400
   San Jose, CA  95113-2429
3  Telephone:      (408) 287-6262
   Facsimile:      (408) 918-4501
4
   Attorneys for Defendants
5  CITY OF OAKLAND, OFFICER ROBERT
   VALLADON, OFFICER RUDY VILLEGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a Public Entity, ALAMEDA COUNTY, a Public Entity, et al.,,<br><br>            Defendants. | CASE NO.  06-CV-05517 MHP<br><br>**SUBSTITUTION OF ATTORNEYS** |

YOU ARE HEREBY NOTIFIED THAT defendants the CITY OF OAKLAND, OFFICER ROBERT VALLADON, and OFFICER RUDY VILLEGAS, hereby substitute the law firm of Ropers, Majeski, Kohn & Bentley in the place and stead of the law firm of Bragg & Kuluva.  Copies of all future pleadings, records and papers should be served on:

Richard M. Williams, Esq.
Ropers, Majeski, Kohn & Bentley
50 West San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile: (408) 918-4501

SUBSTITUTION OF ATTORNEYS                                                                    CASE NO. 06-CV-05517 MHP
RC1/5225565.2/DB

| | |
|---|---|
| 1 | I hereby consent to this substitution. |
| 2 | Dated:  December __5__, 2008    CITY OF OAKLAND |
| 3 | |
| 4 | By: _____/s/_____<br>ARLENE ROSEN, ESQ.<br>CITY ATTORNEY |
| 5 | (On Behalf of the CITY OF OAKLAND,<br>OFFICER ROBERT VALLADON and |
| 6 | OFFICER RUDY VILLEGAS |
| 7 | |
| 8 | I hereby consent to this substitution. |
| 9 | Dated: _____    BRAGG & KULUVA |
| 10 | |
| 11 | By: _____<br>EDWARD D. BALDWIN, ESQ. |
| 12 | Attorneys for Defendants<br>CITY OF OAKLAND, OFFICER ROBERT<br>VALLADON and OFFICER RUDY |
| 13 | VILLEGAS |
| 14 | |
| 15 | I hereby accept this substitution. |
| 16 | Dated: _____12/5/08_____    ROPERS, MAJESKI, KOHN & BENTLEY |
| 17 | |
| 18 | By: _____/s/_____<br>RICHARD M. WILLIAMS, ESQ. |
| 19 | Attorneys for Defendants<br>CITY OF OAKLAND, OFFICER ROBERT<br>VALLADON and OFFICER RUDY |
| 20 | VILLEGAS |

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

**SUBSTITUTION OF ATTORNEYS**           - 2 -           **CASE NO. 06-CV-05517 MHP**
RC1/5225565.2/DB