UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, et al., | No. C 06-5517 MHP |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF OAKLAND, et al., | **Re: Defendants' Motion to Stay Proceedings** |
| Defendants. | |

On July 23, 2009, defendants filed a motion to "stay the hearings on Plaintiffs' Motion to Modify and Plaintiffs' Motion for Sanctions until this court has ruled upon [Judge Chen's July 20, 2009] Recommendation." Docket Nos. 224, 227. These hearings before Magistrate Judge Chen were scheduled to occur before this year's circus performance began on August 12, and have indeed occurred, rendering the issue moot. Such a stay would not have been warranted, in any event. Accordingly, defendants' motion to stay proceedings is DENIED.

IT IS SO ORDERED.

Dated: 8/28/2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California