RECEIVED
2010 JAN 14 P 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO AND DENIZ BOLBOL, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, A PUBLIC ENTITY, ALAMEDA COUNTY, A PUBLIC ENTITY, OAKLAND-ALAMEDA COLISEUM AUTHORITY, A PUBLIC ENITITY, OAKLAND COLISEUM JOINT VENTURE, L.L.C., SMG, OAKLAND POLICE OFFICER R. VALLADON (7184 P), OAKLAND POLICE OFFICER R. VILLEGAS, OAKLAND COLLISEUM ASSISTANT SECURITY MANAGER "SKEET" ELLIS, AND DOES 1-100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES JOINTLY AND SEVERALLY,<br><br>Defendants. | Case No. 06-CV-05517 MHP (EMC)<br><br>~~(PROPOSED)~~ ORDER ALLOWING PLAINTIFF JOSEPH CUVIELLO TO UTILIZE THE COURT'S ECF SYSTEM<br><br>Date:     N/A<br>Time:    N/A<br>Courtroom: 15, 18th Floor<br>Judge:   The Hon. Marilyn H. Patel |

It is hereby ordered that Plaintiff Joseph Cuviello, who is proceeding in pro se, shall be allowed to fully utilize the Court's ECF system.

DATED: 01/15/10

*[Signed] Judge Marilyn H. Patel*

---
(PROPOSED) ORDER ALLOWING PLAINTIFF JOSEPH CUVIELLO TO UTILIZE
THE COURT'S ECF SYSTEM
Case No. 06-CV-05517 MHP (EMC)