UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CUVIELLO, et al,

        Plaintiff,

  v.

CITY OF OAKLAND, et al,

        Defendant.

Case Number: CV06-05517 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph P. Cuviello
PO Box 2834
Redwood City, CA 94064

Dated: January 20, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk