RICHARD M. WILLIAMS (SBN 068032)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: rwilliams@rmkb.com

Attorney for Defendants
CITY OF OAKLAND; OAKLAND POLICE OFFICER ROBERT VALLADON and OAKLAND POLICE OFFICER RUDY VILLEGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH P. CUVIELLO, AND DENIZ BOLBOL, individually,

Plaintiffs,

v.

CITY OF OAKLAND, a public entity, et al.,

Defendants.

CASE NO. C 06-05517 MHP

**NOTICE OF CITY OF OAKLAND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON**

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant City of Oakland hereby substitutes the following firm and attorney into this action as its counsel of record:

    Richard M. Williams (SBN 068032)
    Gray Duffy, LLP
    702 Marshall Street, Suite 600
    Redwood City, CA 94063
    Telephone: (650) 365-7343
    Facsimile: (650) 365-6225
    Email: rwilliams@grayduffylaw.com

This substitution accompanies Mr. Williams' change of law firms from Ropers Majeski Kohn & Bentley to the law firm of Gray Duffy, LLP.

///

RC1/5732725.1/SM11

NOTICE OF DEFT CITY OF OAKLAND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER - C 06-05517 MHP

Therefore, PLEASE TAKE FURTHER NOTICE that the firm and attorney listed above are substituted into this action in place of the following firm and attorney: Ropers Majeski Kohn & Bentley, including Richard M. Williams of Ropers Majeski Kohn & Bentley, 50 West San Fernando Street, Suite 1400, San Jose, California 94111, Telephone (408) 287-6262 (Richard M. Williams is no longer with Ropers Majeski Kohn & Bentley).

Notices, pleadings, orders, rulings, and any other documents required to be served in this action should henceforth be directed to Richard M. Williams at Gray Duffy, LLP.

Consent to this substitution is provided below by an authorized representative of the City of Oakland, and of each of the law firms involved.

I consent to the above substitution of counsel.

Dated: November 8, 2010          CITY OF OAKLAND

By: _____
ARLENE ROSEN, ESQ.
Sr. Deputy City Attorney

I consent to the above substitution of counsel.

Dated: November 15, 2010          GRAY DUFFY LLP

By: _____
RICHARD M. WILLIAMS
Attorney for Defendants

I consent to the above substitution of counsel.

Dated: November 24, 2010          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
RICHARD K. WILSON

RC1/5732725.1/SM11                           - 2 -           NOTICE OF DEFT CITY OF OAKLAND
                                                             SUBSTITUTION OF COUNSEL AND [PROPOSED]
                                                             ORDER - C 06 05517 MHP

1  I consent to the above substitution of counsel.

2  Dated: December ___, 2010

3  January 5, 2011
   _____
4  OFFICER ROBERT VALLADON
   Defendant

5

6  I consent to the above substitution of counsel.

7  Dated: December ___, 2010

8  _____
   OFFICER RUDY VILLEGAS
   Defendant

1  I consent to the above substitution of counsel.

2  Dated: December ___, 2010

3

4  _____
   OFFICER ROBERT VALLADON
   Defendant

5  I consent to the above substitution of counsel.

6  Dated: December 23, 2010

7  _____

8  OFFICER RUDY VILLEGAS
   Defendant

-3-

NOTICE OF DEFENDANT CITY OF OAKLAND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER - C 06-05517 MHP

## ORDER

Pursuant to the stipulations and consents above,

IT IS SO ORDERED,

Gray Duffy, LLP is substituted in as counsel of record for City of Oakland in this action in place of Ropers Majeski Kohn & Bentley.

Dated: 1/19/2011

HONORABLE ~~EDWARD M. CHEN~~
UNITED STATES ~~DISTRICT~~ COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*