G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH, LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 912-5950
Facsimile: (415) 912-5951

Attorneys for Plaintiff
DENIZ BOLBOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH P. CUVIELLO AND DENIZ BOLBOL, INDIVIDUALLY,

Plaintiffs,

v.

CITY OF OAKLAND, a public entity, ALAMEDA COUNTY, a public entity, OAKLAND-ALAMEDA COLISEUM AUTHORITY, a public entity, OAKLAND COLISEUM JOINT VENTURE, L.L.C., a foreign corporation, SMG, a foreign corporation, OAKLAND POLICE OFFICER SERGEANT LEWIS, OAKLAND POLICE OFFICER MORSE, OAKLAND POLICE OFFICER TRAPELLI, OAKLAND POLICE OFFICER DUNAKIN, DECEASED, ESTATE OF POLICE OFFICER DUNAKIN, OAKLAND COLISEUM ASSISTANT GENERAL MANAGER RON LITTLE, and DOES 1-20, in their individual and official capacities, Jointly and Severally,

Defendants.

Case No. 3:06-cv-05517-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER**

The meet and confer re Plaintiff's joint letter re northeast stairs is currently set for February 2, 2012 at 9:30 a.m. The parties take the Court's admonitions seriously, however, lead counsel for Ms. Bolbol, G. Whitney Leigh, is currently in the middle a month-long trial in San Francisco Superior Court, *CCSF v. Cobra Solutions*, *et. al*, CGC-03-417218, scheduled to last until February 17, 2012. Mr. Leigh's trial schedule will make it very difficult, if not impossible to attend the currently scheduled all-day meet and confer.

In light of Mr. Leigh's schedule, and in the interests of having a meaningful meet and confer where all parties can attend, the parties, by and through their respective counsel of record, respectfully request that the Court continue the February 2, 2012 meet and confer to February 21, 2012, or any time convenient to the Court.

Dated: February 1, 2012

GONZALEZ & LEIGH, LLP

By: */s/ G. Whitney Leigh*
G. WHITNEY LEIGH
Attorneys for Plaintiff
DENIZ BOLBOL

Dated: February 1, 2012

*/s/ Joseph Cuviello*
JOSEPH CUVIELLO
*Plaintiff In Pro Per*

Dated: February 1, 2012

BRAGG & KULUVA

By: */s/ Stephen M. MacPhail*
STEPHEN M. MACPHAIL
Attorneys for Defendants
SMG, COUNTY OF ALAMEDA, RON LITTLE, OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY and OAKLAND COLISEUM JOINT VENTURE

**ORDER**

The meet and confer, currently set for February 2, 2012 at 9:30 a.m., is hereby continued to February 21, 2012 at 9:30 a.m. A joint letter shall be filed by February 28, 2012.

**IT IS SO ORDERED.**

DATED: 2/1/12 ______________________

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

t Judge