| | |
|---|---|
| 1 | G. WHITNEY LEIGH (SBN 153457) |
| 2 | GONZALEZ & LEIGH, LLP |
|   | 744 Montgomery Street, Fifth Floor |
| 3 | San Francisco, CA 94111 |
|   | Telephone:  (415) 912-5950 |
| 4 | Facsimile:  (415) 912-5951 |
| 5 | Attorneys for Plaintiff |
| 6 | DENIZ BOLBOL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO AND DENIZ BOLBOL, INDIVIDUALLY, | Case No. 3:06-cv-05517-EMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CITY OF OAKLAND, a public entity, ALAMEDA COUNTY, a public entity, OAKLAND-ALAMEDA COLISEUM AUTHORITY, a public entity, OAKLAND COLISEUM JOINT VENTURE, L.L.C., a foreign corporation, SMG, a foreign corporation, OAKLAND POLICE OFFICER SERGEANT LEWIS, OAKLAND POLICE OFFICER MORSE, OAKLAND POLICE OFFICER TRAPELLI, OAKLAND POLICE OFFICER DUNAKIN, DECEASED, ESTATE OF POLICE OFFICER DUNAKIN, OAKLAND COLISEUM ASSISTANT GENERAL MANAGER RON LITTLE, and DOES 1-20, in their individual and official capacities, Jointly and Severally, | |
| Defendants. | |

The meet and confer re Plaintiff's joint letter re northeast stairs is currently set for February 2, 2012 at 9:30 a.m.  The parties take the Court's admonitions seriously, however, lead counsel for Ms. Bolbol, G. Whitney Leigh, is currently in the middle a month-long trial in San Francisco Superior Court, *CCSF v. Cobra Solutions*, *et. al*, CGC-03-417218, scheduled to last until February 17, 2012.  Mr. Leigh's trial schedule will make it very difficult, if not impossible to attend the currently scheduled all-day meet and confer.

In light of Mr. Leigh's schedule, and in the interests of having a meaningful meet and confer where all parties can attend, the parties, by and through their respective counsel of record, respectfully request that the Court continue the February 2, 2012 meet and confer to February 21, 2012, or any time convenient to the Court.

Dated:  February 1, 2012                    GONZALEZ & LEIGH, LLP


                                            By: /s/ G. Whitney Leigh
                                                G. WHITNEY LEIGH
                                                Attorneys for Plaintiff
                                                DENIZ BOLBOL


Dated:  February 1, 2012                        /s/ Joseph Cuviello
                                                JOSEPH CUVIELLO
                                                *Plaintiff In Pro Per*


Dated:  February 1, 2012                    BRAGG & KULUVA


                                            By: /s/ Stephen M. MacPhail
                                                STEPHEN M. MACPHAIL
                                                Attorneys for Defendants
                                                SMG, COUNTY OF ALAMEDA, RON
                                                LITTLE, OAKLAND-ALAMEDA
                                                COUNTY COLISEUM AUTHORITY and
                                                OAKLAND COLISEUM JOINT
                                                VENTURE

**ORDER**

The meet and confer, currently set for February 2, 2012 at 9:30 a.m., is hereby continued to February 21, 2012 at 9:30 a.m.  A joint letter shall be filed by February 28, 2012.

**IT IS SO ORDERED.**

DATED: 2/1/12

_____
Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA