| | |
|---|---|
| 1 | G. WHITNEY LEIGH (SBN 153457) |
| 2 | GONZALEZ & LEIGH, LLP |
| | 744 Montgomery Street, Fifth Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-912-5950 |
| 4 | Facsimile: 415-912-5951 |
| 5 | Attorneys for Plaintiff |
| 6 | DENIZ BOLBOL |
| 7 | JOSEPH P. CUVIELLO |
| | P.O. Box 2834 |
| 8 | Redwood City, CA 94064 |
| | Telephone: (650) 654-9955 |
| 9 | pcuvie@gmail.com |
| 10 | Plaintiff In Pro Se |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO AND DENIZ BOLBOL, INDIVIDUALLY, | Case No. C06-05517 EMC (JCS) |
| | Related Case No. C09-02955 EMC (JCS) |
| Plaintiffs, | [PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT |
| v. | AND SETTING FURTHER CMC |
| CITY OF OAKLAND, A PUBLIC ENTITY, ALAMEDA COUNTY, A PUBLIC ENTITY, OAKLAND-ALAMEDA COLISEUM AUTHORITY, A PUBLIC ENITITY, OAKLAND COLISEUM JOINT VENTURE, L.L.C., SMG, OAKLAND POLICE OFFICER R. VALLADON (7184 P), OAKLAND POLICE OFFICER R. VILLEGAS, OAKLAND COLLISEUM ASSISTANT SECURITY MANAGER "SKEET" ELLIS, AND DOES 1-100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES JOINTLY AND SEVERALLY, | |
| Defendants. | |

1    On April 3, 2012, the plaintiffs and defendants reached a settlement of the above listed
2    cases conducted by Honorable Magistrate Judge Joseph C. Spero.
3    The settlement provides for a complete resolution of both related cases, No. C 06-CV-
4    05517 (the "first action") and No. C 09-CV-02955 (the "second action"). The settlement also
5    provides for a permanent injunction set forth in the settlement agreement attached as Exhibit A
6    [Docket 460-2] to the Joint Status Conference Statement submitted by parties on April 11, 2012.
7    Intervenor, Feld Entertainment objected to the settlement. On April 27, 2012, the Court heard
8    arguments on Intervenor, Feld Entertainment's objections.
9    The Court, having read and considered the supporting papers, and good cause appearing
10   therefore, makes the following order:
11   On April 27, 2012, the court heard and considered the objections to the settlement
     For the reasons stated on the record, the
12   agreement of Intervenor, Feld Entertainment. The objections were overruled and the settlement
13   agreement is APPROVED. A CMC is set for 8/10/12 at 10:30 a.m. and an updated CMC
     statement shall be filed by 8/3/12. This hearing will be
14   **IT IS SO ORDERED.** vacated if a stipulation for dismissal is filed.

16   Dated: _____5/9/12_____     _____
17                                       ED_____ IN
18                                       _____ ct Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

2
**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT**
**Case No. 06-CV-05517-EMC**