**United States District Court**
For the Northern District of California

1

2

3

4

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8    JOSEPH P. CUVIELLO, *et al.*,               No. C-06-5517 EMC

9               Plaintiffs,

10         v.                                    **ORDER RE BRIEFING SCHEDULE
                                                 AND HEARING DATE FOR
11   CITY OF OAKLAND, *et al.*,                  PLAINTIFFS' REQUEST FOR
                                                 ADMINISTRATIVE RELIEF**
12              Defendants.                      **(Docket No. 471)**

13   _____/

14

15         Plaintiffs have filed a motion that they have styled as a request for administrative relief.  The

16   motion is not a request for administrative relief under Civil Local Rule 7-11 as it seeks *substantive*

17   relief.  Plaintiffs should have filed their motion and then asked for that motion to be heard on

18   shortened time rather than try to use Civil Local Rule 7-11 as a means of obtaining a quicker

19   briefing schedule and/or hearing date.  Plaintiffs are admonished that such practice shall not be

20   condoned by the Court in the future.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    However, because the issues raised in Plaintiffs' motion are time sensitive -- *i.e.*, the circus is

2    coming to town soon -- the Court hereby orders *sua sponte* a briefing schedule and hearing date on

3    shortened time.  Defendants and/or Feld shall file a response to Plaintiffs' motion by **July 25, 2012**.

4    Plaintiffs shall file a reply by **July 27, 2012, at 12:00 p.m.**  The hearing shall be held on **July 31,**

5    **2012, at 1:30 p.m.**

6

7    IT IS SO ORDERED.

8

9    Dated:  July 18, 2012

10

11   _____
     EDWARD M. CHEN

12   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California