UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, *et al.*, | No. C-06-5517 EMC |
| Plaintiffs, | |
| v. | **ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF** |
| CITY OF OAKLAND, *et al.*, | |
| Defendants. | **(Docket No. 471)** |
| _____/ | |

Plaintiffs have filed a motion that they have styled as a request for administrative relief. The motion is not a request for administrative relief under Civil Local Rule 7-11 as it seeks *substantive* relief. Plaintiffs should have filed their motion and then asked for that motion to be heard on shortened time rather than try to use Civil Local Rule 7-11 as a means of obtaining a quicker briefing schedule and/or hearing date. Plaintiffs are admonished that such practice shall not be condoned by the Court in the future.

///
///
///
///
///
///
///
///

However, because the issues raised in Plaintiffs' motion are time sensitive -- *i.e.*, the circus is coming to town soon -- the Court hereby orders *sua sponte* a briefing schedule and hearing date on shortened time.  Defendants and/or Feld shall file a response to Plaintiffs' motion by **July 25, 2012**. Plaintiffs shall file a reply by **July 27, 2012, at 12:00 p.m.**  The hearing shall be held on **July 31, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  July 18, 2012

_____
EDWARD M. CHEN
United States District Judge

2