UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, *et al.*, | No. C-06-5517 EMC |
| Plaintiffs, | |
| v. | **ORDER RE JOINT LETTER OF AUGUST 3, 2012** |
| CITY OF OAKLAND, *et al.*, | **(Docket No. 482)** |
| Defendants. | |
| _____/ | |

Pursuant to the Court's directive on July 31, 2012, Plaintiffs Joseph Cuviello and Deniz Bolbol and Intervenor Feld Entertainment Inc. met and conferred regarding the circus's use of floodlights at the north tunnel during the August 2012 circus engagement at the Oakland Arena. *See* Docket No. 480 (civil minutes). The parties reached an agreement as memorialized in their joint letter of August 3, 2012. *See* Docket No. 482 (letter). The Court hereby adopts the parties' agreement and orders that the parties comply with the terms of that agreement for the August 2012 circus engagement.

IT IS SO ORDERED.

Dated: August 6, 2012

_____
EDWARD M. CHEN
United States District Judge