G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: 415-912-5950
Facsimile: 415-912-5951

Attorneys for Plaintiff
DENIZ BOLBOL

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064
Telephone: (650) 654-9955
pcuvie@gmail.com

Plaintiff In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO AND DENIZ BOLBOL, INDIVIDUALLY,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, A PUBLIC ENTITY, ALAMEDA COUNTY, A PUBLIC ENTITY, OAKLAND-ALAMEDA COLISEUM AUTHORITY, A PUBLIC ENITITY, OAKLAND COLISEUM JOINT VENTURE, L.L.C., SMG, OAKLAND POLICE OFFICER R. VALLADON (7184 P), OAKLAND POLICE OFFICER R. VILLEGAS, OAKLAND COLLISEUM ASSISTANT SECURITY MANAGER "SKEET" ELLIS, AND DOES 1-100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES JOINTLY AND SEVERALLY,<br>  Defendants. | Case No. 06-CV-05517-EMC<br>Related Case No. 09-CV-02955-EMC<br><br>***CORRECTED* STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING ON INTERVENOR FELD ENTERTAINMENT'S MOTION TO MODIFY THE PRELIMINARY INJUNCTION, FILED ON AUGUST 28, 2012**<br><br>(as modified) |

The hearing on Intervenor Feld Entertainment, Inc.'s ("Feld Entertainment") Motion to Modify the Permanent Injunction, filed on August 28, 2012, is presently set for October 5, 2012. The briefing schedule currently mandates that Plaintiffs Joseph Cuviello and Deniz Bolbol ("Plaintiffs") submit their opposition to Feld Entertainment's motion by September 11, 2012, and for Defendant to submit their reply by September 18, 2012.

In light of recent circumstances, Plaintiffs have requested, and Feld Entertainment does not oppose, that the above dates be extended by two weeks. This would continue the hearing on Feld Entertainment's Motion to Modify the Permanent Injunction to October 19, 2012. The new deadline for Plaintiffs' opposition brief would be September 25, 2012, and the new deadline for Feld Entertainment's reply brief would be October 2, 2012.

Plaintiffs requested this continuance because they have been occupied in Santa Clara County Superior Court in trial in the restraining order proceedings referenced in the request for judicial notice in support of intervenor Feld's motion to modify the injunction in this case. As a result, Plaintiffs are unable to meet the deadlines currently prescribed by the briefing schedule.

Pursuant to Local Rule 6-1, Plaintiffs and Feld Entertainment, by and through their respective counsel, hereby stipulate and agree that the briefing schedule and hearing date be modified as stated above.

Dated: September 10, 2012                    Respectfully submitted,

                                             GONZALEZ & LEIGH LLP


                                             By: __/s/ G. Whitney Leigh_____
                                                 G. Whitney Leigh
                                                 Attorneys for Plaintiff
                                                 DENIZ BOLBOL

Dated: September 10, 2012


                                             By: __/s/ Joseph Cuviello_____
                                                 JOSEPH CUVIELLO
                                                 IN PRO SE

Dated: September 10, 2012     McMANIS FAULKNER

By  /s/ Ruby H. Kazi
Ruby H. Kazi
Attorney for Intervenor
FELD ENTERTAINMENT, INC.

**ORDER**

Good cause appearing, the current dates for Plaintiffs' opposition brief to Feld Entertainment's Motion to Modify the Permanent Injunction, Feld Entertainment's reply thereto, and the current date set for the hearing on said motion, are continued as follows: Plaintiff's opposition brief shall be filed no later than September 25, 2012; Feld Entertainment's reply brief shall be filed no later than October 2, 2012; and the hearing on Feld Entertainment's Motion to Modify the Permanent Injunction shall be held at 1:30 p.m. on October ~~19~~ 26, 2012.

**IT IS SO ORDERED.**

Dated:  9/11/12

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*