1  G. WHITNEY LEIGH (SBN 153457)
   GONZALEZ & LEIGH LLP
2  744 Montgomery Street, Fifth Floor
3  San Francisco, CA  94111
   Telephone: 415-912-5950
4  Facsimile: 415-912-5951

5  Attorneys for Plaintiff
   DENIZ BOLBOL
6
7  JOSEPH P. CUVIELLO
   P.O. Box 2834
8  Redwood City, CA  94064
   Telephone:  (650) 654-9955
9  pcuvie@gmail.com

10 Plaintiff In Pro Se

11

12                            UNITED STATES DISTRICT COURT
13                           NORTHERN DISTRICT OF CALIFORNIA
14                                  SAN FRANCISCO DIVISION
15

| JOSEPH P. CUVIELLO AND DENIZ BOLBOL, INDIVIDUALLY, | Case No. 06-CV-05517-EMC<br>Related Case No. 09-CV-02955-EMC |
|---|---|
| Plaintiffs, | ***CORRECTED* STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING ON INTERVENOR FELD ENTERTAINMENT'S MOTION TO MODIFY THE PRELIMINARY INJUNCTION, FILED ON AUGUST 28, 2012** |
| v. | |
| CITY OF OAKLAND, A PUBLIC ENTITY, ALAMEDA COUNTY, A PUBLIC ENTITY, OAKLAND-ALAMEDA COLISEUM AUTHORITY, A PUBLIC ENITITY, OAKLAND COLISEUM JOINT VENTURE, L.L.C., SMG, OAKLAND POLICE OFFICER R. VALLADON (7184 P), OAKLAND POLICE OFFICER R. VILLEGAS, OAKLAND COLLISEUM ASSISTANT SECURITY MANAGER "SKEET" ELLIS, AND DOES 1-100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES JOINTLY AND SEVERALLY,<br>                    Defendants. | (as modified) |

---

1
***CORRECTED* STIPULATION TO CONTINUE HEARING AND BRIEFING ON FELD
ENTERTAINMENT'S MOTION TO MODIFY THE PRELIMINARY INJUNCTION
Case No. 06-CV-05517-EMC**

1    The hearing on Intervenor Feld Entertainment, Inc.'s ("Feld Entertainment") Motion to
2    Modify the Permanent Injunction, filed on August 28, 2012, is presently set for October 5, 2012.
3    The briefing schedule currently mandates that Plaintiffs Joseph Cuviello and Deniz Bolbol
4    ("Plaintiffs") submit their opposition to Feld Entertainment's motion by September 11, 2012, and
5    for Defendant to submit their reply by September 18, 2012.

6    In light of recent circumstances, Plaintiffs have requested, and Feld Entertainment does
7    not oppose, that the above dates be extended by two weeks.  This would continue the hearing on
8    Feld Entertainment's Motion to Modify the Permanent Injunction to October 19, 2012.  The new
9    deadline for Plaintiffs' opposition brief would be September 25, 2012, and the new deadline for
10   Feld Entertainment's reply brief would be October 2, 2012.

11   Plaintiffs requested this continuance because they have been occupied in Santa Clara
12   County Superior Court in trial in the restraining order proceedings referenced in the request for
13   judicial notice in support of intervenor Feld's motion to modify the injunction in this case.  As a
14   result, Plaintiffs are unable to meet the deadlines currently prescribed by the briefing schedule.

15   Pursuant to Local Rule 6-1, Plaintiffs and Feld Entertainment, by and through their
16   respective counsel, hereby stipulate and agree that the briefing schedule and hearing date be
17   modified as stated above.

Dated:  September 10, 2012                    Respectfully submitted,

GONZALEZ & LEIGH LLP


By:__/s/ G. Whitney Leigh_____
    G. Whitney Leigh
    Attorneys for Plaintiff
    DENIZ BOLBOL


Dated:  September 10, 2012



By:__/s/ Joseph Cuviello_____
    JOSEPH CUVIELLO
    IN PRO SE

Dated: September 10, 2012             McMANIS FAULKNER

By  /s/ Ruby H. Kazi
    Ruby H. Kazi
    Attorney for Intervenor
    FELD ENTERTAINMENT, INC.

## ORDER

Good cause appearing, the current dates for Plaintiffs' opposition brief to Feld Entertainment's Motion to Modify the Permanent Injunction, Feld Entertainment's reply thereto, and the current date set for the hearing on said motion, are continued as follows: Plaintiff's opposition brief shall be filed no later than September 25, 2012; Feld Entertainment's reply brief shall be filed no later than October 2, 2012; and the hearing on Feld Entertainment's Motion to Modify the Permanent Injunction shall be held at 1:30 p.m. on October ~~19~~ 26, 2012.

**IT IS SO ORDERED.**

Dated: 9/11/12          _____
                        EDWARD M. CHEN
                        United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

---
3
*CORRECTED* STIPULATION TO CONTINUE HEARING AND BRIEFING ON FELD
ENTERTAINMENT'S MOTION TO MODIFY THE PRELIMINARY INJUNCTION
Case No. 06-CV-05517-EMC