**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8   JOSEPH P. CUVIELLO, *et al.*,                 No. C-06-5517 EMC
9            Plaintiffs,
10       v.                                       **ORDER RE AUGUST 7, 2012 VIDEO**
11  CITY OF OAKLAND, *et al.*,                    **(Docket No. 485)**
12           Defendants.
13  _____/
14
15          Intervenor Feld Entertainment, Inc. has filed a motion to modify the permanent injunction in
16  the above-referenced case.  *See* Docket No. 485 (motion).  In support of its motion, Feld has
17  submitted excerpts of a video that was taken of the incident involving Plaintiffs.  The Court hereby
18  orders Feld to file and serve a copy of the entire video that was taken on August 7, 2012 (*i.e.*, not
19  just excerpts or clips).  The video shall be filed and served by October 17, 2012.
20          IT IS SO ORDERED.
21
22  Dated:  October 5, 2012
23
24                                                _____
                                                  EDWARD M. CHEN
25                                                United States District Judge
26
27
28