UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, *et al.*, | No. C-06-5517 EMC |
| Plaintiffs, | |
| v. | **ORDER RE AUGUST 7, 2012 VIDEO** |
| CITY OF OAKLAND, *et al.*, | **(Docket No. 485)** |
| Defendants. _____/ | |

Intervenor Feld Entertainment, Inc. has filed a motion to modify the permanent injunction in the above-referenced case. *See* Docket No. 485 (motion). In support of its motion, Feld has submitted excerpts of a video that was taken of the incident involving Plaintiffs. The Court hereby orders Feld to file and serve a copy of the entire video that was taken on August 7, 2012 (*i.e.*, not just excerpts or clips). The video shall be filed and served by October 17, 2012.

IT IS SO ORDERED.

Dated: October 5, 2012

_____
EDWARD M. CHEN
United States District Judge