UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, *et al.*, | No. C-06-5517 EMC |
| Plaintiffs, | |
| v. | **ORDER RE JOINT DISCOVERY LETTER OF OCTOBER 22, 2012** |
| CITY OF OAKLAND, *et al.*, | |
| Defendants. | **(Docket No. 519)** |
| _____/ | |

The Court has received the parties' joint discovery letter, dated October 22, 2012. Having reviewed the contents of the letter, the Court hereby orders as follows.

1. Feld is required to produce video of the animal walk only, and not events prior or subsequent to, with one exception. More specifically, the Court shall require, in addition to video of the animal walk, video of the events taking place five minutes prior to the animal walk.

2. Feld is required to produce *any* video of the above, including, *e.g.*, any video taken by Mr. Bailey or another Feld employee, and not just video on which it relied in support of its motion.

The video shall be served and filed by October 24, 2012. **A chambers copy of the video shall be delivered directly to chambers no later than 4:00 p.m. on October 24.**

IT IS SO ORDERED.

Dated: October 23, 2012

_____
EDWARD M. CHEN
United States District Judge