1   G. WHITNEY LEIGH (SBN 153457)
    GONZALEZ & LEIGH LLP
2   744 Montgomery Street, Fifth Floor
    San Francisco, CA 94111
3   Telephone:  (415) 912-5950
    Facsimile:  (415) 912-5951
4   Attorneys for Plaintiff
    DENIZ BOLBOL
5
    JOSEPH P. CUVIELLO
6   P.O. Box 2834
    Redwood City, CA  94064
7   Telephone:  (650) 654-9955
    Plaintiff In Pro Se
8
    STEPHEN M. MACPHAIL, Bar No. 106522
9   BRAGG & KULUVA
    555 S. Flower Street, Suite 600
10  Los Angeles, California 90071
    Telephone: (213) 612-5335
11  Facsimile: (213) 612-5712
    Attorneys for Defendants,
12  SMG, COUNTY OF ALAMEDA,
    RON LITTLE, LEROY "SKEET" ELLIS,
13  OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY
    OAKLAND COLISEUM JOINT VENTURE
14
    RICHARD M. WILLIAMS
15  Gray •Duffy, LLP
    702 Marshall Street, Suite 600
16  Redwood City, CA 94063
    Telephone: Office: (650) 365-7343
17  Attorneys for Defendants CITY OF OAKLAND
    OAKLAND POLICE OFFICER R. VALLADON,
18  OAKLAND POLICE OFFICER R. VILLEGAS

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22

23  JOSEPH P. CUVIELLO AND          Case Nos. 06-cv-05517-EMC
    DENIZ BOLBOL, INDIVIDUALLY,     and 09-cv-02955-EMC

24              Plaintiffs,         **[PROPOSED] STIPULATED
         v.                         PERMANENT INJUNCTION**
25
    CITY OF OAKLAND, A PUBLIC ENTITY,
26  et al.,

27              Defendants.

28

1

## INTRODUCTION

2    In accordance with the Court's Order Granting Plaintiffs' Motion for Voluntary

3    Dismissal dated November 15, 2012 (*See* Docket 531), Plaintiffs and Defendants jointly submit

4    this proposed Stipulated Permanent Injunction ("Injunction").  The parties have consented to

5    the entry of this Stipulated Permanent Injunction to resolve all matters of dispute between them

6    in the above-entitled actions. Pursuant to the Court's November 15, 2012 Order, this proposed

7    Stipulated Permanent Injunction contains all of the terms of the agreed-upon permanent

8    injunction for this case.

9

## Permanent Injunction

10    Plaintiffs and up to (4) four persons acting in concert, shall be permitted to unfettered

11    access without any ticket requirement the following areas in order to conduct their free speech

12    activity (i.e., videotaping, displaying signs, leafletting, or otherwise protesting):

13    (1) A three (3)-foot wide walkway running alongside the perimeter wall of the animal

14    compound. Defendants or Ringling Bros. may construct a fence to demark the three (3)-foot

15    wide walkway on side of walkway opposite the perimeter wall of the animal compound of the

16    Ringling Bros. Circus events, located on the North and East sides and West side to the frontage

17    road entrance gate, at the Oracle Arena in Oakland,California, to create a corridor.

18    (2)  The barricaded corridor leading to the animal compound, the area outside of but

19    directly adjacent to the corridor, and the gap between the corridor and the animal compound

20    entrance except that there shall be a ten-foot buffer zone surrounding the entrance of the

21    compound. Plaintiffs may temporarily be moved from the gap to permit movement of

22    equipment and animals.

23    (3) The upper west landing area, up to the point where the west ramp joins the landing.

24    (4) One specific spot located in the area adjacent to the entrance to the north tunnel,

25    which has a clear view of the entire tunnel. Here, only one person rather than four shall be

26    permitted access.

27    (5) The north ramp and landing.

28    (6) The northeast stairs and base of the stairs.

1    Furthermore, Plaintiffs and persons acting in concert with them should be permitted free

2    access to all exterior areas of the Arena and parking lot which are otherwise open to the public.

3    Defendants are required to distribute copies of the preliminary injunction to any security

4    manager, security guard, and/or police officer providing security at the Arena during the circus

5    engagement. Moreover, all security personnel should be briefed as to the material terms of the

6    injunction.

7    In addition, Defendants shall designate one "point person" during the entirety of the

8    circus engagement at the Arena, who shall be responsible for communicating with

9    Mr. Cuviello and Ms. Bolbol in the event of a dispute and who has the power to make immediate

10   decisions in regard thereto.

11   The preliminary injunction need only apply to circus events scheduled at the

12   Coliseum/Arena, such as the Ringling Brothers Circus.

13   The Court shall retain jurisdiction over any disputes that arise with respect to these cases

14   and the permanent injunction is hereby entered.

15   **SO STIPULATED.**

16   Dated: November 26, 2012                    GONZALEZ & LEIGH LLP

17

18                                              By: /s/ G. Whitney Leigh
                                                G. WHITNEY LEIGH
19                                              Attorneys for Plaintiff
                                                DENIZ BOLBOL
20

21   Dated: November 26, 2012

22

23                                              /s/ Joseph Cuviello
                                                JOSEPH CUVIELLO
24                                              Plaintiff In Pro Per

25

26

27

28

2
**[PROPOSED] STIPULATED PERMANENT INJUCTION**
**Case Nos. 06-cv-05517-EMC and 09-cv-02955-EMC**

1    Dated: November 26, 2012                    BRAGG & KULUVA

2

3                                                By: /s/ Stephen M. MacPhail
                                                 STEPHEN M. MacPHAIL
4                                                Attorneys for Defendants
                                                 SMG, COUNTY OF ALAMEDA, RON
5                                                LITTLE, LEROY "SKEET" ELLIS,
                                                 OAKLAND-ALAMEDA COUNTY
6                                                COLISEUM AUTHORITY and
                                                 OAKLAND COLISEUM JOINT
7                                                VENTURE

8

9    Dated: November 26, 2012                    GRAY  DUFFY, LLP

10

11                                               By: /s/ Richard M. Williams
                                                   RICHARD M. WILLIAMS
12                                                 Attorneys for Defendants CITY OF
                                                   OAKLAND, OAKLAND POLICE
13                                                 OFFICER R. VALLADON, OAKLAND
                                                   POLICE OFFICER R. VILLEGAS

14

15          Therefore, Plaintiffs' motion for voluntary dismissal of is hereby **GRANTED**.

16   Upon the filing of this document, the Clerk of the Court shall enter a final judgment and close

17   the file in this case.

18          **IT IS SO ORDERED.**

19

20   Dated: ____11/27/12_____

21

22                                            IT IS SO ORDERED

23                                            Judge Edward M. Chen

24

25

26

27

28

                                              3
                        **[PROPOSED] STIPULATED PERMANENT INJUCTION**
                        **Case Nos. 06-cv-05517-EMC and 09-cv-02955-EMC**