**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. CUVIELLO, *et al.*,   No. C-06-5517 EMC

      Plaintiffs,

      v.   JUDGMENT IN A CIVIL CASE

CITY OF OAKLAND, *et al.*,

      Defendants.
_____/

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs in accordance with the **ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL filed on November 15, 2012.** The Clerk of the Court is directed to close the file in this case.

Dated: November 27, 2012   Richard W. Wieking, Clerk

*Betty Lee*

By: Betty Lee
Deputy Clerk